# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GHODOOSHIM & SON, INC., a California Corporation;<br><br>Plaintiff,<br><br>vs.<br><br>BLACK HALO PRODUCTIONS, Inc., a California Corporation; LAUREL ANNETTE BERMAN, an Individual; BLOOMINGDALE'S, INC., an Ohio Corporation; THE NEIMAN MARCUS GROUP, LLC, a Texas Corporation; SAKS FIFTH AVENUE, LLC, a Massachusetts Corporation d/b/a SHOPBOP.COM; MODESENS, INC., a Washington Corporation; SPRING, INC., a Delaware Corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:18-cv-2101-DSF-AGR<br><br>**ORDER RE: STIPULATION FOR DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)**<br><br>Judge: Hon. Dale S. Fischer |

The parties having so stipulated and agreed, the above-referenced case is hereby dismissed with prejudice and without an award of costs or fees to any party.

1     Each party shall bear their own costs and attorney fees.

2     IT IS SO ORDERED.

3 DATED: November 27, 2019

4                                         Honorable Dale S. Fischer

5                                         UNITED STATES DISTRICT JUDGE